1
2
3
4
5
6
7
8

# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

| JULIE DERMANSKY, an individual, | Case No.: 2:21-cv-02838-PA-AGR |
|---|---|
| Plaintiff, | <u>*Hon. Percy Anderson Presiding*</u> |
| v. | **ORDER ON STIPULATION TO DISMISS ACTION WITH PREJUDICE** |
| PENSKE MEDIA CORPORATION, et al., | |
| Defendants. | |

[PROPOSED] ORDER:

FOR GOOD CAUSE APPEARING, THE FOLLOWING IS HEREBY ORDERED:

1. The action is dismissed with prejudice; and
2. The parties will each bear their respective costs and attorneys' fees as incurred against one another in connection with this action.

<u>SO ORDERED.</u>

Dated: November 3, 2021          By: _____
                                     PERCY ANDERSON
                                     UNITED STATES DISTRICT JUDGE